NATHAN M. JENKINS (560)
JERRY C. CARTER (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511
Telephone: 775-829-7800
Facsimile: 775-829-0511

Attorneys for Defendant Kenneth W. Hawk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH W. HAWK, MICHAEL J. DELARGY and THOMAS R. DE JONG,<br><br>    Defendants.<br>_____ / | Case No. 3:05-cv-00172-LRH-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

Plaintiff Securities and Exchange Commission (SEC) and Defendant Kenneth W. Hawk, by and through their respective undersigned counsel, hereby stipulate and agree to extend the time period for Defendant Kenneth W. Hawk to file his opposition to the SEC's Motion for Summary Judgment Regarding the MBlock Transaction (#36) up to and including November 3, 2006.

It is also stipulated and agreed to extend the time period for Plaintiff SEC to file its reply in support of its Motion for Summary Judgment Regarding the MBlock Transaction (#36) up to and including December 5, 2006.

///

///

///

///

1

This is the second request for these extensions of time, and is not sought for purposes of delay.

DATED this 1st day of November, 2006.

          JENKINS & CARTER
          Attorneys for Defendant Kenneth W. Hawk

          By: _____
              NATHAN M. JENKINS
              JERRY C. CARTER
              501 Hammill Lane
              Reno, Nevada 89511-1004

DATED this 1st day of November, 2006.

          U.S. SECURITIES & EXCHANGE COMMISSION


          By: /s/ Paul W. Kisslinger
              PAUL W. KISSLINGER
              Litigation Counsel, Enforcement Division
              100 F Street, N.E.
              Washington, D.C. 20549-4010


## ORDER

IT IS SO ORDERED.

DATED this 6th day of November, 2006, nunc pro tunc.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE