NATHAN M. JENKINS (560)
JERRY C. CARTER (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511
Telephone: 775-829-7800
Facsimile: 775-829-0511

Attorneys for Defendant Kenneth W. Hawk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. HAWK, MICHAEL J. DELARGY and THOMAS R. DE JONG,<br><br>Defendants.<br>_____/ | Case No. 3:05-cv-00172-LRH-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

Plaintiff Securities and Exchange Commission (SEC) and Defendant Kenneth W. Hawk, by and through their respective undersigned counsel, hereby stipulate and agree to extend the time period for Defendant Kenneth W. Hawk to file his opposition to the SEC's Motion for Summary Judgment Regarding the HardwareStreet and Laptop Lane Transactions (December 30-31, 1999) (#50/#51) up to and including December 29, 2006.

It is also stipulated and agreed to extend the time period for Plaintiff SEC to file its reply in support of its Motion for Summary Judgment Regarding the HardwareStreet and Laptop Lane Transactions (December 30-31, 1999) (#50/#51) up to and including January 29, 2007.

///

///

///

///

1

This is the first request for these extensions of time, and is not sought for purposes of delay.

DATED this 16th day of November, 2006.

JENKINS & CARTER
Attorneys for Defendant Kenneth W. Hawk

By: /s/ Nathan M. Jenkins
NATHAN M. JENKINS
JERRY C. CARTER
501 Hammill Lane
Reno, Nevada 89511-1004

DATED this 16th day of November, 2006.

U.S. SECURITIES & EXCHANGE COMMISSION

By: /s/ Paul W. Kisslinger
PAUL W. KISSLINGER
Litigation Counsel, Enforcement Division
100 F Street, N.E.
Washington, D.C. 20549-4010

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of November, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2