UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH W. HAWK, MICHAEL J. ) <br> DELARGY and THOMAS R. DE JONG, ) <br> ) <br> Defendants. ) | 03:05-CV-00172-LRH-VPC <br><br> ORDER |

Presently before the court are several motions for summary judgment (## 31, 36, 50, 66, 88, 99, 101[1]). Numerous oppositions (## 35, 36, 66, 67, 73, 74, 87, 94, 104, 106, 107) and replies (## 62, 71, 75, 103, 105, 109, 112, 113, 114) have also been filed. Also before the court are three motions for leave to file excess pages (## 93, 98, 108).

The court has carefully reviewed the parties' points and authorities and supporting evidence in light of the relevant law and concludes that there are issues of material fact that preclude the entry of summary judgment.

IT IS THEREFORE ORDERED that the parties' motions for summary judgment (## 31, 36, 50, 66, 88, 99, 101) are hereby DENIED.

---

[1] Refers to the court's docket numbers.

1   IT IS FURTHER ORDERED that the parties motions for leave to file excess pages (## 93, 98, 108) are hereby GRANTED.

2   IT IS FURTHER ORDERED that the parties shall have thirty (30) days within which to lodge with the court a proposed written joint pretrial order.

3   IT IS SO ORDERED.

4   DATED this 3rd day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE