Paul. W. Kisslinger
John D. Worland
Pamela H. Kesner
United States Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030
Telephone:  (202) 551-4427
Facsimile:  (202) 772-9246

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>KENNETH W. HAWK, MICHAEL J. DELARGY, and THOMAS R. DE JONG,<br><br>            Defendants. | No. CV-N-05-0172-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DATE TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**FIRST REQUEST** |

Because of vacation schedules in August, the large amount of work required to assemble exhibit and witness lists, and other pressing matters, the parties hereby stipulate and move the Court to extend the date to submit joint pre-trial submissions by two weeks, until September 18, 2007.

Dated:  August 8, 2007                    Respectfully submitted, and SO AGREED:


                                          _____/s_____
                                          Paul W. Kisslinger
                                          Attorney for the Securities and Exchange Commission



                                          _____s/_____
                                          Nathan M. Jenkins
                                          JENKINS & CARTER
                                          Attorneys for Defendant Kenneth Hawk

1
2           _____s/_____
            Juan M. Marcelino
3           GREENBERG TAURIG, LLP
            Attorneys for Defendant Thomas de Jong
4
5
            _____s/_____
6           MICHAEL J. DELARGY, Pro Se
7
8                       **ORDER**
9
    IT IS SO ORDERED.
10
    DATED this 10th day of August, 2007.
11
12
13                                      _____
                                        LARRY R. HICKS
14                                      UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28