NATHAN M. JENKINS (560)
JERRY C. CARTER (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511
Telephone:  775-829-7800
Facsimile:  775-829-0511

Attorneys for Defendant Kenneth W. Hawk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:05-cv-00172-LRH-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DATE TO SUBMIT JOINT PRETRIAL ORDER** |
| KENNETH W. HAWK, MICHAEL J. DELARGY and THOMAS R. DE JONG, | **SECOND REQUEST** |
| Defendants. | |

Because settlement discussions are agreed to and are being scheduled to begin in Washington D.C. during the last two weeks of September, 2007, and because these high level settlement discussions may result in one or more parties settling, and/or the number of issues being reduced, the parties hereby stipulate and move the Court to extend the date to submit the joint pre-trial order until October 31, 2007.

This is the second request for extension, however, the first request was only for two weeks due to summer vacation schedules.

DATED this 5th day of September, 2007.

JENKINS & CARTER
Attorneys for Defendant Kenneth W. Hawk

By: _____
NATHAN M. JENKINS
501 Hammill Lane
Reno, Nevada 89511-1004

1

DATED this 5th day of September, 2007.

U.S. SECURITIES & EXCHANGE COMMISSION

By:___/s/ Paul W. Kisslinger_____
PAUL W. KISSLINGER
Litigation Counsel, Enforcement Division
100 F Street, N.E.
Washington, D.C.  20549-4010

DATED this 5th day of September, 2007.

GREENBERG TRAURIG, LLP
Attorneys for Defendant Thomas de Jong

By:___/s/ Juan M. Marcelino_____
JUAN M. MARCELINO
One International Place
Boston, MA  02110

DATED this 5th day of September, 2007.

By:___/s/ Michael J. Delargy_____
MICHAEL J. DELARGY, Pro Se
96 Ohio Street
Bangor, ME  04401

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of September, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JENKINS & CARTER
ATTORNEYS AT LAW
501 Hammill Lane
Reno, Nevada 89511-1004
(775) 829-7800  Fax (775) 829-0511

2